UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR17-199-CAS - 1 |
| Plaintiff, ) | |
| v. ) | FINAL REVOCATION OF |
| ) | SUPERVISED RELEASE AND |
| ELIJAH BUCKHALTER, ) | JUDGMENT |
| Defendant. ) | |

On August 28, 2017, this matter came before the Court on Petition on Probation and Supervised Release originally filed on August 8, 2017. Government counsel, Benedetto Balding, the defendant and his appointed Deputy Federal Public Defender attorney, Kim Savo, were present. The U.S. Probation Officer, Daniel Kelly, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on August 8, 2017. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on July 29, 2015 and March 23, 2017.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant is hereby committed to the custody of the Bureau of Prisons for a term of two (2) months. Upon release from imprisonment, defendant shall be placed on supervised release for a period of twenty-four (24) months, under the same terms and conditions previously imposed, with the added conditions, as follows:

- Upon release from imprisonment, defendant shall participate for a period of 180 days in a home detention program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or automated identification system and shall observe all rules of such program, as directed by the Probation Officer. The defendant shall maintain a residential telephone line without devices and/or services that may interrupt operation of the monitoring equipment; and
- When not employed or excused by the Probation Officer for schooling, training, or other acceptable reasons, the defendant shall perform 20 hours of community service per week as directed by the Probation Office.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: August 28, 2017

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk